IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TINA M. EMERSON                                                                                      PLAINTIFF

V.                                              CIVIL NO. 12-cv-6116

RAY HOBBS, Director
Arkansas Dept. Of Corrections                                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 30, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 37). This action involves a Petition for Writ of *Habeas Corpus*, (ECF No. 1) but Plaintiff has also filed a motion for Preliminary Injunction (ECF No. 13) related to her conditions of confinement. Judge Bryant has reviewed Plaintiff's motion and recommends denying it because the injunctive relief that Plaintiff seeks falls outside the "core" of *habeas corpus* and is not cognizable under 28 U.S.C. § 2254. *Nelson v. Campbell*, 541 U.S. 637, 643 (2004). Plaintiff has filed an objection to the Report and Recommendation. (ECF No. 39). However, her objection appears to withdraw the request for injunctive relief altogether.

Accordingly, the Court adopts Judge Bryant's Report and Recommendation in its entirety. For the reasons stated above, and those in Judge Bryant's report, Plaintiff's Motion for Preliminary Injunction (ECF No. 13) should be and hereby is **DENIED.**

**IT IS SO ORDERED**, this 13th day of December, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge