IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TINA M. EMERSON                                                                PETITIONER

vs.                                     Civil No. 6:12-cv-6116

RAY HOBBS, Director
Arkansas Dept. of Corrections                                         RESPONDENT

## JUDGMENT

Before the Court is the Report and Recommendation filed August 22, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 43. Judge Bryant recommends that Plaintiff's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied with prejudice. He further recommends the Court deny any future request for a certificate of appealability because Plaintiff has not made a substantial showing of a denial of a constitutional right. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's petition is **DISMISSED WITH PREJUDICE**.[1] This case is now closed.

**IT IS SO ORDERED**, this 13th day of September, 2013.


/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District

---

[1] Plaintiff filed motions after the time to object had passed. The motions are denied as moot.